UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-CV-20816-JEM

HOWARD COHAN,

     Plaintiff,

vs.

IL GABBIANO MIAMI, LLC
a Florida Limited Liability Company
d/b/a IL GABBIANO MIAMI

     Defendant(s).

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, IL GABBIANO MIAMI, LLC, a Florida Limited Liability Company, d/b/a IL GABBIANO MIAMI, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against IL GABBIANO MIAMI, LLC, a Florida Limited Liability Company, d/b/a IL GABBIANO MIAMI; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement; and (4) the Parties condition the stipulation upon this Court entering an order retaining jurisdiction to enforce the terms of the Parties' Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

     RESPECTFULLY SUBMITTED August 4, 2022.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Samantha L. Simpson, Esq.
Florida Bar No.: 1010423
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459

By: /s/ Beshoy Rizk
**Beshoy Rizk, Esq.**
Florida Bar No.: 93808
Rizk Law PLLC
13800 Jog Road, Ste 101
Delray Beach, FL 33446
Brizklaw@gmail.com
(908) 420 – 0365
Attorney for Defendant

1

Email: greg@sconzolawoffice.com
Email: samantha@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 4, 2022, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being

served this day on counsel of record in this action via transmission of Notices of Electronic Filing

generated by CM/ECF.

        **/s/ Gregory S. Sconzo**
        **Gregory S. Sconzo, Esq.**