UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-20816-CIV-MARTINEZ

HOWARD COHAN,

    Plaintiff,

v.

IL GABBINO MIAMI, LLC d/b/a
IL GABBINO MIAMI,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER is before this Court upon the Parties' Joint Stipulation of Dismissal with Prejudice (the "Stipulation"), (ECF No. 8). Having reviewed the record and being otherwise fully advised as to the premises, it is:

ORDERED and ADJUDGED that:

1. This action is DISMISSED with prejudice. All parties shall bear their own attorney's fees and costs pursuant to the terms of their settlement agreement.

2. This Court shall retain jurisdiction only to enforce the terms of the Parties' settlement agreement referenced in the Stipulation, (ECF No. 8), because the Parties conditioned the Stipulation upon this Court retaining jurisdiction over that matter. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278–79 (11th Cir. 2012).

3. All pending motions in this case are DENIED AS MOOT, and this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd day of September, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record